# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN D. LIGHT,** : | **CIVIL ACTION NO. 1:03-CV-0725** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **CHARLES B. HAWS, et al.,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 23rd day of May, 2005, upon consideration of plaintiff's motion for summary judgment (Doc. 37), and it appearing that defendant's brief in opposition is due on or before May 23, 2005, and that a pretrial conference is scheduled to occur in this case on June 13, 2005 (Doc. 57), it is hereby ORDERED that the trial schedule shall be held in ABEYANCE pending resolution of plaintiff's motion for summary judgment.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge