**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN D. LIGHT,** | : | **CIVIL ACTION NO. 1:03-CV-0725** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **CHARLES B. HAWS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 7th day of October, 2005, upon consideration of defendants' concurred-in motion (Doc. 71) to remove the above-captioned case from the trial list pending disposition of an appeal from the order of court dated September 13, 2005 (Doc. 69), and it appearing that defendants have demonstrated good cause for removal of this case from the trial list, see FED. R. CIV. P. 16(b) ("A [pre-trial or trial] schedule shall not be modified except upon a showing of good cause . . . ."), it is hereby ORDERED that:

1. The above-captioned case is REMOVED from the November 2005 trial list.

2. The pre-trial conference in this case, currently scheduled to occur on October 19, 2005, is CANCELLED.

3. A revised pre-trial schedule shall issue by future order of court.

            S/ Christopher C. Conner
            CHRISTOPHER C. CONNER
            United States District Judge