# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN D. LIGHT,** | : CIVIL ACTION NO. 1:03-CV-0725 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **CHARLES B. HAWS**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 7th day of January, 2008, upon consideration of defendants' fourth motion in limine (Doc. 104), and it appearing that subsequent to the filing thereof defendants filed an amended motion (see Doc. 108) superceding the original, it is hereby ORDERED that the motion (Doc. 104) is DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge